UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NEISEN,<br><br>          Plaintiff,<br><br>v.<br><br>SERGEANT ROSE, et al.,<br><br>          Defendants. | Case No. 05-CV-1722-LAB (JMA)<br><br>**ORDER SCHEDULING TELEPHONIC<br>CASE MANAGEMENT CONFERENCE** |

A telephonic Case Management Conference was held on October 26, 2006 at 9:30 a.m.

**IT IS HEREBY ORDERED** that a telephonic Case Management Conference shall be held on **January 18, 2007** at **9:30 a.m.** Counsel for each party shall appear telephonically at this conference.  The Court will initiate the conference call.

**IT IS SO ORDERED.**

DATED: October 26, 2006

Jan M. Adler
U.S. Magistrate Judge

05cv1722LAB(JMA)