UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NEISEN, ) | Case No. 05cv1722 LAB (JMA) |
| ) | |
| Plaintiff, ) | **STIPULATED PROTECTIVE ORDER** |
| ) | |
| v. ) | |
| ) | |
| SERGEANT ROSE, OFFICER ) | |
| RODRIGUEZ, OFFICER WOOD, ) | |
| OFFICER MARVEL, OFFICER LONG, ) | |
| OFFICER ELLSWORTH, CITY OF SAN ) | |
| DIEGO, AND DOE1 through DOE 100, ) | |
| inclusive, ) | |
| ) | |
| Defendants ) | |
| _____ ) | |

Subject to the approval of the court, the City Attorney's Office agrees to the release of certain documents enumerated below, related to the litigation of this matter, subject to the parties stipulating to the following protective order.

Further, subject to public policy, and further court order, nothing shall be filed under seal, and the court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel.

1. The City will produce, for plaintiff, investigative reports generated by the San Diego Police Department, concerning the contact with plaintiff on July 10, 2004, which is the subject of this lawsuit. As to those documents only, the San Diego Police Department, Officers

1

1  Stephanie Rose, Elias Rodriguez, Andrea Wood, Timothy Long, and Phillip Ellsworth will
2  waive the executive and official information privileges as well as their rights to privacy pursuant
3  to the California Constitution.
4      2.    Defendants will produce, for plaintiff, all other documents as ordered by this
5  Court and/or by agreement of the parties.
6      3.    Plaintiff, his agents, employees, attorneys and anyone acting in concert with him
7  and participating with him agree to not engage in nor perform any of the following:
8         a.    Convey, transfer, copy, publish or distribute the information ordered disclosed or
9             developed nor authorize another to convey, transfer, copy, publish or
10 distribute the     information disclosed to anyone without court approval.
11        b.    Use the records or information disclosed, discovered or developed for any
12 purpose        other than in conjunction with the instant civil case proceedings pursuant
13 to             applicable law.
14     4.    That Plaintiff's attorney, upon request, shall return any and all materials disclosed
15 pursuant to this stipulation and order to Donald F. Shanahan, Deputy City Attorney, 1200 Third
16 Avenue, Suite 1100, San Diego, California, immediately upon final disposition of this case.
17     5.    That, upon the conclusion of the case, the court shall retain jurisdiction to resolve
18 any disputes arising out the release of any documents protected by this order.
19     6.    That the Court has the authority to modify, at any time, the terms of this
20 protective order on public policy grounds.
21     7.    Subject to public policy, and further court order, nothing shall be filed under seal,
22 and the Court shall not be required to take any action, without separate prior order by the Judge
23 before whom the hearing or proceeding will take place, after application by the affected party
24 with appropriate notice to opposing counsel.
25     If the Court grants a party permission to file an item under seal, a duplicate disclosing all
26 nonconfidential information shall be filed and made part of the public record.  The item may be
27 redacted to eliminate confidential material from the document.  The document shall be titled to
28 show that it corresponds to an item filed under seal, e.g., "Redacted Copy of Sealed Declaration

1  of John Smith in Support of Motion for Summary Judgment."  The sealed and redacted
2  documents shall be filed simultaneously.

4      SO STIPULATED.
5      Dated:  December 5, 2006          MICHAEL J. AGUIRRE, City Attorney

                                                By      / S /
                                                            Donald F. Shanahan
                                                            Deputy City Attorney

                                                 Attorneys for Defendants,
                                                 City of San Diego, Stephanie Rose, Elias
                                                 Rodriguez, Andrea Wood, Timothy Long,
                                                 Phillip Ellsworth

11      Dated:  December 5, 2006          LAW OFFICES OF BLAKE HORWITZ

                                                By      / S /
                                                            Tali K. Albukerk

                                                 Attorneys for Plaintiff,
                                                 Christopher Neisen

**IT IS SO ORDERED.**

Dated: January 8, 2007

                                                 Jan M. Adler
                                                 U.S. Magistrate Judge