MICHAEL J. AGUIRRE, City Attorney
DONALD F. SHANAHAN, Deputy City Attorney
California State Bar No. 49777
    Office of The City Attorney
    Civil Division
    1200 Third Avenue, Suite 1100
    San Diego, California 92101
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856
Attorneys for Defendants
City of San Diego, Stephanie Rose, Elias Rodriguez,
Andrea Wood, Timothy Long, Phillip Ellsworth

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NEISEN, ) | Case No. 05cv1722 LAB (JMA) |
| Plaintiff, ) | **STIPULATION AND SCHEDULING ORDER** |
| v. ) | |
| SERGEANT ROSE, OFFICER RODRIGUEZ, OFFICER WOOD, OFFICER MARVEL, OFFICER LONG, OFFICER ELLSWORTH, CITY OF SAN DIEGO, AND DOE1 through DOE 100, inclusive, ) | |
| Defendants ) | |

    The undersigned parties, in recognition of the filing of an amended complaint in the above-captioned case, hereby stipulate to an extension of discovery dates and present to the court a proposed scheduling order.

    Plaintiff, Christopher Neisen, filed his ten count complaint on November 30, 2005, against six individual San Diego Police officers and the City of San Diego, alleging fourth amendment violations stemming from a July 10, 2004 arrest of Mr. Neisen. The defendant officers, Sergeant Rose, Officer Rodriguez, Officer Wood, Officer Marvel, Officer Long and Officer Ellsworth, were all present at the scene of the incident. The complaint set forth federal and state claims, including, *inter alia,* excessive force, false arrest, battery and conspiracy.

    On July 19, 2006, plaintiff filed his motion for leave to file an amended complaint, adding seven additional San Diego Police officers, Officer Charles Davis, Officer Raul Flores,

1

Officer Tim Saelens, Officer Alfred Savage, Officer Jeffrey Sferra, Officer Robert Tryron and Officer Gerry Waclawek, to the complaint. In addition to adding seven individual defendants, plaintiff included a *Monell* claim in the First Amended Complaint against the City of San Diego and changed the malicious prosecution claim from a common law State claim in the original complaint to a malicious prosecution claim pursuant to 42 U.S.C. 1983 in the First Amended Complaint.

The hearing date was set for October 2, 2006. The Defendants filed their opposition to the motion to file an amended complaint on September 14, 2006. The District Court issued its order granting plaintiff's motion to file an amended complaint on October 17, 2006. Discovery was delayed in large part because of the uncertainty of whether the motion for leave to file the amended complaint would be granted.

Plaintiff filed his First Amended Complaint in the District Court on November 1, 2006. Under Federal Rules of Civil Procedure 12(1)(A), the defendants had twenty days from the filing and service of the amended complaint in which to file their answers. Thus, at the very earliest, the defendants' answers would be due on November 21, 2006, assuming service was complete.

During the interval, evidence was presented to plaintiff concerning the seven new individual defendants' lack of involvement in plaintiff's arrest. Based upon this evidence, plaintiff has stipulated to the dismissal of these defendants from the case. However, because of the four month hiatus between the filing of the motion for leave to file an amended complaint and the District Court Order granting the motion, the discovery process was limited.

In addition to the eight new individual defendants, plaintiff has now included a *Monell* claim against the City of San Diego, charging that it is the custom and practice of the City of San Diego in excessive force cases to generate false documents in order to cover up for misconduct, fail to properly discipline officers, fail to properly investigate, and fail to take remedial action against officers who use excessive force. These allegations require extensive discovery by all parties in order to properly prepare their respective cases.

Given the extensive delay, as well as the addition of new claims, extensive discovery, including interrogatories, requests for admission and requests for production, will be required in

order to litigate this case. Parties will need additional time to discover the facts relating to the new charges and prepare dispositive motions.

For the above cited reasons, the parties herein respectfully request the Scheduling Order dated May 9, 2006, be vacated and a new order issued to include the suggested dates.

1.	Mandatory telephonic Status Conference January 18, 2007, at 9:30 a.m.

2.	Plaintiff's expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **January 19, 2007**. Defendants' expert disclosures required by Fed. R. Civ. P. 26(a)(2) shall be served on all parties on or before **February 16, 2007**. Any contradictory or rebuttal information shall be disclosed on or before **March 9, 2007**.

3.	All discovery shall be completed by all parties on or before **April 6, 2007**.

4.	All motions, other than motions to amend or join parties, or motions in limine, shall be filed on or before **May 7, 2007**.

5.	The Mandatory Settlement Conference, currently set for April 11, 2007, at 10:00 a.m. is vacated. Instead, the Mandatory Settlement Conference will be held in Magistrate Judge Adler's chambers on **August 6, 2007, at 2:00 p.m.**  Mandatory Settlement Conference briefs shall be submitted directly to Magistrate Judge Adler's chambers not later than **July 30, 2007**.

6.	Counsel shall comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) on or before **August 24, 2007**.

7.	Counsel shall confer and take the action required by Local Rule 16.1(f)(4) on or before **August 31, 2007**.

8.	The Proposed Final Pretrial Conference Order, including written objections, if any, to any party's Fed. R. Civ. P. 26(a)(3) pretrial disclosures, shall be prepared, served, and lodged with the Clerk's office on or before **September 7, 2007**, and shall be in the form prescribed in Local Rule 16.1.(f)(6).

9.	The Final Pretrial Conference is scheduled in the chambers of the Honorable Larry Alan Burns on **September 17, 2007, at 10:45 a.m.** The trial date will be assigned by Judge Burns at the pretrial conference.

/ / /

3

10. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.**

Dated: November 28, 2006              MICHAEL J. AGUIRRE, City Attorney

                                      By   / S /
                                           Donald F. Shanahan
                                           Deputy City Attorney

                                      Attorneys for Defendants,
                                      City of San Diego, Stephanie Rose, Elias
                                      Rodriguez, Andrea Wood, Timothy Long,
                                      Phillip Ellsworth

Dated: November 28, 2006              LAW OFFICES OF BLAKE HORWITZ

                                      By   / S /
                                           Tali K. Albukerk

                                      Attorneys for Plaintiff,
                                      Christopher Neisen

**IT IS SO ORDERED.**

Dated: January 8, 2007

                                      _____
                                      Jan M. Adler
                                      United States Magistrate Judge

4

05cv1722 LAB (JMA)