# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NEISEN,<br><br>                              Plaintiff,<br><br>    vs.<br><br>SERGEANT ROSE, OFFICER RODRIGUEZ, OFFICER WOOD, OFFICER MARVEL, OFFICER LONG, OFFICER ELLSWORTH, CITY OF SAN DIEGO, DOES 1 through DOE 100, inclusive,<br><br>                              Defendants. | CASE NO. 05cv1722-LAB (JMA)<br><br>**ORDER FOLLOWING PRE-TRIAL CONFERENCE** |

   On September 17, 2007, the court convened the Pre-Trial Conference in this civil rights action. Blake W. Horwitz, Esq. appeared telephonically for plaintiff.  William Donnell, Esq. appeared for defendants.  Motions *In Limine* will be heard ***December 10, 2007*** at noon.  Each side shall file its Motions on or before November 19, 2007, with Replies/Oppositions due on or before November 26, 2007.  Jury selection will begin ***December 10, 2007*** at 2:00 p.m.  Trial will resume December 11, 2007 at 9:00 a.m. with each side accorded ten (10) hours to try its case.

   **IT IS SO ORDERED.**

DATED:  September 17, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge