UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER NEISEN, | Case No. 05-CV-1722-LAB (JMA) |
| Plaintiff, | **ORDER RE TELEPHONIC DISCOVERY CONFERENCE** |
| v. | |
| SERGEANT ROSE, et al., | |
| Defendants. | |

    A telephonic Discovery Conference was held on September 26, 2007 at 9:30 a.m.  Counsel for the parties appeared telephonically for the conference.

    **Not later than Monday October 1, 2007**, counsel shall meet and confer and agree upon a date and time for the resumption and conclusion of the deposition of Plaintiff, Christopher Neisen. If counsel are unable to agree upon a date and time for the resumption and conclusion of Mr. Neisen's deposition, counsel for Defendants shall report such inability to Judge Adler's chambers, and the Court will thereafter issue an order setting the date and

1  time for the deposition.

2  **IT IS SO ORDERED.**

3  DATED: September 26, 2007

4  _____
   Jan M. Adler
5  U.S. Magistrate Judge